■ In the Matter of the Arbitration between MILL TRUCKING, INC., Respondent, and ANDREW ROSALBO, as President of Paper Products and Miscellaneous Chauffeurs, Warehousemen and Helpers, Local 27, International Brotherhood of Teamsters, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank and Stevens, JJ.

■ In the Matter of PERCY BURT, Appellant, against CITY OF NEW YORK et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ MITZI MACKAR, Respondent, v. JOSEPH SKOL, Appellant.— Orders so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of LUCIEL ALLEN, Respondent, against ROBERT ALLEN, Appellant.— Appeals unanimously dismissed, without costs, on the ground that the orders appealed from are not final orders. (N. Y. City Dom. Rel. Ct. Act, § 58.) Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ SADIE WEINTRAUB, Respondent, v. PARK MOTOR SALES, INC., Appellant, et al., Defendants.— Appeal from order denying reargument is unanimously dismissed, with costs to the respondent, since such orders are not appealable. (Kelly v. Vania Cab Corp., 1 A D 2d 803; McNees v. Scholoff, 2 A D 2d 820.) Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ RAFAELA PRIETO, Appellant, v. CITY OF NEW YORK et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ MESTA MACHINE COMPANY, Respondent, v. ABCO MOVING & STORAGE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ JANE COLON, an Infant, by Her Guardian ad Litem PROVIDENCE COLON, et al., Appellants, v. CHRISTINA V. BIRCHWOOD, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

■ JOHN HORODECKYI et al., v. JOSEPH HORODNIAK et al.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.

## (February 13, 1959)

■ HOLKORN, INC. v. PRIDE OF ERIN, INC., et al.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ LIMITED EQUITIES, INC. v. TULLY & DI NAPOLI, INC.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.